No. 71–6. Sadrzadeh v. United States. C. A. 9th Cir. Certiorari denied.

No. 71–7. Watson v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–8. Gower v. United States. C. A. 5th Cir. Certiorari denied.

No. 71–13. Boyle et al. v. Lavella. C. A. D. C. Cir. Certiorari denied.

No. 71–14. Edwards v. Edwards. Ct. App. Colo. Certiorari denied.

No. 71–19. Intercontinental Promotions, Inc. v. Miami Beach First National Bank et al. C. A. 5th Cir. Certiorari denied.

No. 71–20. Alo v. United States. C. A. 2d Cir. Certiorari denied.

No. 71–21. Heard v. United States. C. A. 6th Cir. Certiorari denied.

No. 71–22. D'Avanzo v. United States; and
No. 71–44. Falcone v. United States. C. A. 2d Cir. Certiorari denied. Reported below: 443 F. 2d 1224.

No. 71–23. Womack et al. v. United States. C. A. 7th Cir. Certiorari denied.

No. 71–24. Upper Allegheny Sand & Gravel Co., Inc. v. United States et al. C. A. 2d Cir. Certiorari denied.

No. 71–26. Quinn et al. v. United States. C. A. 2d Cir. Certiorari denied.